206 F.2d 768
 98 U.S.P.Q. 463
 KENNETT COTTON CHOPPER MANUFACTURING COMPANY, a Corporation, Appellant,
v.
The MAYCO COMPANY, a Corporation.
 No. 14506.
 United States Court of Appeals
Eighth Circuit.
 Aug. 11, 1953.
 
 Carr, Carr & Gravely, Frederick M. Woodruff and Lawrence H. Cohn, St. Louis, Mo., for appellant.
 Kingsland, Rogers & Ezell, St. Louis, Mo., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on motion of appellant and consent of appellee. 101 F.Supp. 117.